In the Matter of SIMON GOLDMAN, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of EDMOND FITZGERALD LUDDEN, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of CHARLES J. VALLONE, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

GEORGE L. FLUHR, Respondent, v. LEWIS D. JANES, Defendant. FREEMIN-STREET COMPANY, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

THE RECTOR, WARDENS AND VESTRYMEN OF THE CHURCH OF SAINT MATTHEW AND SAINT TIMOTHY IN THE CITY OF NEW YORK, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied in toto, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

In the Matter of ISSE KOCH, Deceased.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

SOPHIE C. ZINOVOY, Appellant, v. MINNIE LIEBERMAN, Individually, as Administratrix, etc., of DAVID H. LIEBERMAN, Deceased, and as General Guardian of SOPHIE C. ZINOVOY, Formerly Known as SOPHIE C. LIEBERMAN, Respondent.— Judgment dismissed, without costs. Order reversed, without costs, and motion granted, and the cause set down for trial for the first Monday of the February term, 1935. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.